**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

| | |
|---|---|
| DENNY GAY,                           : | |
|     Petitioner,                      : | |
|                                      : | |
| v.                                   : | 6:97-CR-11 (WLS) |
|                                      : | 6:05-CV-5 |
| UNITED STATES OF AMERICA,            : | |
|                                      : | 28 U.S.C. § 2255 |
|     Respondent.                      : | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. 257), filed February 3, 2005. It is recommended that Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 be denied. Petitioner has filed a timely objection to the recommendation. (Doc. 259).

In his objection, Petitioner argues that the holding in <u>Booker/Fanfan</u> declaring the United States Sentencing Guidelines unconstitutional is retroactive, and therefore, enabling Petitioner to be re-sentenced. <u>United States v. Booker-Fanfan</u>, 125 S. Ct. 738 (2005). The Magistrate Judge correctly pointed out that <u>Booker/Fanfan</u> has no retroactive effect. Therefore, the Court rejects and overrules the objection filed by Petitioner.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Petitioner's motion for relief (Doc. 255) is **DENIED and DISMISSED.**

SO ORDERED, this  21st  day of June, 2006.

         /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**